ROSE MARIE LONGO (NOW NOLAN) *vs.* BOARD OF ASSESSORS OF THE CITY OF MEDFORD (and four companion cases).[1] January 17, 1973. These

---

[1] Two of the companion cases are by Athos V. Longo, trustee, against the Board of Assessors of the City of Malden, one is by Francis and Rose Marie Nolan against the Board of Assessors of the City of Medford, and one is by Mary Longo against the latter board.

appeals to the Supreme Judicial Court from decisions of the Appellate Tax Board (board) were transferred to this court under the provisions of G. L. c. 211, § 4A, as amended, and G. L. c. 211A, §§ 10 and 12. The skeletal records before us do not disclose any question of law which may have been raised before the board. If we accept the factual assertions in the appellants' briefs, no error of law is made to appear.

*Decisions of the Appellate Tax Board affirmed.*

*Athos V. Longo,* pro se.